

# NUMBER 13-17-00653-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CAMERON COUNTY DISTRICT ATTORNEY
IN HIS OFFICAL CAPACITY REPRESENTING
THE STATE OF TEXAS,                                              Appellant,

v.

JLM GAME AND GGL VENDOR LEASING LLC,                  Appellee.

### On appeal from the 357th District Court
### of Cameron County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Contreras and Benavides
### Order

Appellant, the Cameron County District Attorney acting in his official capacity representing the State of Texas, has filed a motion for stay of trial court proceedings pursuant to Texas Rule of Appellate Procedure 29.3. *See* TEX. R. APP. P. 29.3. The motion seeks a stay of proceedings in the trial court pending this Court's resolution of

appellant's interlocutory appeal from the trial court's denial of its plea to the jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8) (West, Westlaw through 2017 1st C.S.). With limited exceptions that do not apply here, section 51.014(b) imposes an automatic stay of the trial court proceedings when a party files an interlocutory appeal of the trial court's decision to grant or deny a plea to the jurisdiction. *See id.* § 51.014(b), (c). "[T]he stay set forth in section 51.014 is statutory and allows no room for discretion." *In re Tex. Educ. Agency*, 441 S.W.3d 747, 750 (Tex. App.—Austin 2014, orig. proceeding) (citing *Sheinfeld, Maley & Kay P.C. v. Bellush*, 61 S.W.3d 437, 439 (Tex. App.—San Antonio 2001, no pet.); *Tarrant Reg'l Water Dist. v. Gragg*, 962 S.W.2d 717, 718 (Tex. App.—Waco 1998, no pet.)). Accordingly, we GRANT appellant's motion and order all proceedings in the trial court stayed pending our resolution of appellant's interlocutory appeal.

PER CURIAM

Delivered and filed the
12th day of January, 2018.